UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACQUELINE PELOTE,

                               Plaintiff,

    -against-

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                              Defendant.
------------------------------------------------------------------X

**JUDGMENT**
04-CV- 1782 (DGT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18, 2005 ★

P.M. _____
TIME A.M. _____

      An Order of Honorable David G. Trager, United States District Judge, having been filed on August 17, 2005, affirming the decision of the Administrative Law Judge for the reasons set forth on the record on August 4, 2005; and directing the Clerk of Court to enter judgment for the defendant; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the decision of the Administrative Law Judge is affirmed for the reasons set forth on the record on August 4, 2005; and that judgment is hereby entered for the defendant.

Dated: Brooklyn, New York
        August 17, 2005

                                   ROBERT C. HEINEMANN
                                   Clerk of Court